UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>FOWLER HOSPITALITY LLC,<br><br>    Defendant. | Case No.  1:20-cv-01041-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 4) |

On September 4, 2020, Plaintiff Theresa Brooke filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 4.) Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

   Dated:  **September 10, 2020**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1